UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

March 19, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELEN SPANGLER<br><br>Defendant. | Case No.  2:26-mj-0028 CKD<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HELEN SPANGLER Case No.

2:26-mj-0028 CKD  Charges 18 USC §1349 from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   50,000_____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__x__   (Other):Defendant to be RELEASED FORTHWITH.

Issued at Sacramento, California on March 19, 2026 at 2:20 PM


By:   /s/ Carolyn K. Delaney_____

Chief Magistrate Judge Carolyn K. Delaney